UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Earl Salgat,

      Petitioner,

v.

Otter Tail County District Court,

      Respondent.

File No. 25-cv-3354 (ECT/DLM)

**ORDER ACCEPTING REPORT
AND RECOMMENDATION**

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on August 29, 2025. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**.

2. Petitioner William Earl Salgat's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED**.

3. This action is **DISMISSED**.

4. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 29, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court